JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELL, on behalf of himself and all others similarly,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE DEPOT, INC.,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 11-02840 DDP (FMOx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

　　　IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The SCHEDULING CONFERENCE set for August 11, 2011 is vacated. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 5, 2011

　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge